# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEAN WHITE,<br><br>    Plaintiff(s),<br><br>v.<br><br>5 ARCH INCOME FUND 2, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00199-RFB-NJK<br><br>**Order** |

    Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendants failed to file a certificate of interested parties. Accordingly, Defendants must file a certificate of interested parties no later than May 17, 2022.

    IT IS SO ORDERED.

    Dated: May 10, 2022

                                                                                                    _____
                                                                                                     Nancy J. Koppe<br>
                                                                                                     United States Magistrate Judge