UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEAN WHITE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>5 ARCH INCOME FUND 2, LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-00199-RFB-NJK<br><br>**Order** |

　　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  To the extent Defendants seek to stay discovery, they must file a motion for such relief by January 27, 2023, addressing the pertinent standards.  *See Kor Media Grp., LLC v. Green*, 294 F.R.D 579 (D. Nev. 2013).  If a motion to stay discovery is filed by that date, discovery will be stayed on an interim basis pending resolution of that request.  If a motion to stay discovery is not filed by that date, the parties must file a joint discovery plan by February 10, 2023.

　　　　IT IS SO ORDERED.

　　　　Dated: December 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1