# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEAN WHITE,<br><br>     Plaintiff,<br><br>v.<br><br>5 ARCH INCOME FUND 2, LLC, et al.,<br><br>     Defendants. | Case No. 2:22-cv-00199-RFB-NJK<br><br>**Order**<br><br>[Docket No. 37] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss.  Docket No. 37.[1]  Plaintiff filed a response in opposition.  Docket No. 42.[2]  Defendants filed a reply.  Docket No. 44.  In light of the governing standards, *see Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds sufficient justification to stay discovery.  Accordingly, the motion to stay discovery is **GRANTED**.

In the event that resolution of the underlying motion to dismiss does not result in the termination of this action, the parties must file a proposed discovery plan or joint status report within 14 days of the issuance of such order.

IT IS SO ORDERED.

Dated: March 3, 2023.

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion to dismiss has been fully briefed.  Docket No. 35 (motion); Docket No. 38 (response); Docket No. 40 (reply).

[2] The Court liberally construes the filings of *pro se* litigants.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).